# Exhibit C

## Settlement Statement

## and

## Attorney Statement of Services

**JANE DOE**  **Settlement Statement**  Case No. 8:18-cv-02584-DCC
**Dates of Incident(s): 10/16/2016**

| | | |
|---|---:|---:|
| Total Recovery: | | $300,000.00 |
| | | |
| Less Attorney Fee: | | |
|     1/3 to Attorney Josh Slavin | -$40,000.00 | |
|     1/3 to Attorney Nathaniel Foote | -$40,000.00 | |
|     1/3 to Attorney Veronica Range | -$40,000.00 | |
|     Total: | | -$120,000.00 |
| Less Costs: | | |
|     HLF Cost - Conservatorship filing fee | $150.00 | |
|     Robinson Law Firm Conservatorship fee | $2,890.00 | |
|     Federal filing fee | $400.00 | |
|     Conservatorship fee (3 years) | $75.00 | |
|     Hotel for depositions of Defendants | $66.06 | |
|     Tolls and travel to depositions | $274.35 | |
|     Court reporter - Dr. Lackey and Mrs. Richardson | $1,204.08 | |
|     Subpoena to Greenville County School District | $5.00 | |
|     Hotel for depositions of Plaintiffs and Victoria Tate | $71.50 | |
|     Travel to depositions | $272.60 | |
|     Bound courtesy copies of MSJ filings | $8.39 | |
|     Mediator Anne Culbreath fee (1/2 of fee) | $440.70 | |
|     Transcript of Jane Doe Depo | $73.15 | |
|     Transcript of Victoria Tate Depo | $109.73 | |
|     Gaye Allen Cook expert fee | $3,500.00 | |
|     Pro hac vice filing fees | $700.00 | |
|     Subpoena to Defense Expert Courtney Bullard | $725.00 | |
|     Mediator Karl Folkens (1/2 of fee) | $1,876.00 | |
|     Total: | | -$12,841.56 |
| | | |
| Less Custodial Parent Allocation (S.C. Code § 62-5-103) | | -$15,000.00 |
| | | |
| Less Liens:   None known | | $0.00 |
| | | |
| **TOTAL DEPOSIT TO JANE DOE MAHONEY STRUCTURED SETTLEMENT:** | | **$152,158.44** |

_____

**Statement of Services Provided by Josh Slavin, Nathaniel Foote, and Veronica Range, Esquires**

This case was accepted on a contingency fee basis per the attached contract, with no certainty of recovery being obtained. Counsel for Petitioner has rendered the following services: investigated and researched potential legal claims against Defendants and others; drafted and filed summons and complaint; reviewed and analyzed Defendants' procedural defenses; participated in extensive discovery process; attended two mediations and negotiated and prepared settlement.

The settlement will be disbursed in accordance with Exhibit C.